

RECEIVED
JAN 14 2008
Jan 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Judy Malik
aka Hajar L. Abdul Malik,

Plaintiff(s)

v

Coldwell Banker Residential,
Roger Holloway, Agent
Interfaith Housing Center
Jasmine S. Brewer,
Fair Housing Advocate,

Defendant(s)

08CV318
JUDGE ANDERSEN
MAG. JUDGE VALDEZ

COMPLAINT

Coldwell Banker, Real Estate agent, Roger Holloway, used complete discrimination against me based on Race and Religion along with Redlining.

The property at 422 Callan, Evanston, Illinois was available for sale and I required for it as the next owner.

I contacted Interfaith Housing Center of the Northern Suburbs and their Fair Housing Consultant, Jasmine S. Brewer, got all information from me along with the listing of housing, which I have never, ever wanted.

2.

Subject: Coldwell Banker, Roger Holloway

As I never, ever gave Roger Holloway, the Real Estate agent, my physical address nor home phone number only P.O. Box number and cell phone number.

It was only the Interfaith Housing Center of the Northern Suburbs, Ms. Jasmine S. Brewer, who had all this important information. Yet, Interfaith Housing funded by (HUD). After several weeks of waiting and not hearing anything about the initial test; I asked what is going on with my investigation on my house that I want so much - 422 Callan, Evanston, Illinois. I wasn't given dates of initial tests.

As of this day, January 10, 2008 no reply from Ms. Jasmine S. Brewer, Interfaith Housing Center of the Northern Suburbs and of course, Roger Holloway, Real Estate of Coldwell Banker Residential.

Again, I want this property 422 Callan, Evanston, Illinois 60202 along with settlement from Race, Religion and Redlining. $150,000.00

January 10, 2008

Judy Malik
Signature
621 Hull Terrace Apt 2E Evanston, Illinois 60202
Street Address



2929 CENTRAL STREET
EVANSTON, IL 60201
PHONE (847) 866-8200
FAX (847) 866-9863

10/22/07

Judy Malik
P.O. Box 1896
Evanston, IL 60204

Judy —

    Enclosed is the listing description for each home in Evanston which is on the market with a salesprice between $207,000 to $289,000.00 On the first sheet I have circled the items you should look for when reading the description.

    Why don't you pick out the ones you would like to see and we'll go see them when I get back on 10/28.

    Thanks for your call and I look forward to hearing from you.

    Best wishes,
    Roger Holloway

Owned and Operated by NRT Incorporated

# Interfaith Housing Center of the Northern Suburbs

**BOARD OF DIRECTORS**
Nina Vinik, President
Anne West, Vice President
Susan Connor, Secretary
Arif Choudhury, Treasurer
Nora Barquin
Rabbi Paul Cohen
Saralynne Crittenden
John Golden
Betsy Hammond
Frances Seidman
Katie Seigenthaler

**EXECUTIVE DIRECTOR**
Gail Schechter

**MEMBER CONGREGATIONS**
Am Shalom, Glencoe
Beth Emet The Free Synagogue, Evanston
Beth Hillel Bnai Emunah, Wilmette
Central United Methodist Church, Skokie
Christ Church, Winnetka
Church of St. Elisabeth, Glencoe
Congregation Hakafa, Glencoe
First Congregational Church U.C.C., Wilmette
First Presbyterian Church of Wilmette
Hemenway United Methodist Church, Evanston
Lakeside Congregation for Reform Judaism, Highland Park
Lutheran Church of the Ascension, Northfield
North Shore Congregation Israel, Glencoe
North Shore Unitarian Church, Deerfield
North Shore United Methodist Church, Glencoe
North Suburban Synagogue Beth El, Highland Park
Northbrook United Methodist Church
Northfield Community Church
Our Lady of Perpetual Help, Glenview
Sacred Heart Parish, Winnetka
Second Baptist Church, Evanston
Society of the Divine Word, Techny
St. Augustine's Episcopal Church, Wilmette
St. Catherine Laboure, Glenview
Sts. Faith, Hope, & Charity Parish, Winnetka
St. Francis Xavier Church, Wilmette
St. Gregory's Episcopal Church, Deerfield
St. James the Less Episcopal Church, Northfield
St. John's Evangelical Lutheran Church, Wilmette
St. Joseph's Church, Wilmette
St. Mary's Parish, Evanston
St. Nicholas Church, Evanston
St. Norbert Church, Northbrook
St. Peter Community Church, Northbrook
St. Philip the Apostle Church, Northfield
Temple Beth Israel, Skokie
Temple Jeremiah, Northfield
Trinity United Church of Christ, Deerfield
Winnetka Congregational Church
Winnetka Presbyterian Church

**MEMBER ORGANIZATIONS**
Deerfield Community Relations Commission
Highland Park Housing Commission
Highland Park Illinois Community Land Trust
Housing Opportunity Development Corp., Wilmette
League of Women Voters of Evanston
League of Women Voters of Deerfield
League of Women Voters of Glencoe
League of Women Voters of Wilmette
League of Women Voters of Winnetka-Northfield-Kenilworth
North Shore Senior Center, Northfield
Reba Place Development Corp., Evanston
Skokie Human Relations Commission
WilPower, Inc. Northfield

November 28, 2007

Ms. Judy Malik
621 Hull Terrace, Apt. 2E
Evanston, IL., 60202

Dear Ms. Malik:

I'm sorry that you could not attend the training for Homeowner's Associations & Condo Boards on November 14th, 2007. I am enclosing the information that was given to participants at that time. In addition, one of the speakers, Bernadette Jones from the U.S. Department of Housing & Urban Development, will be forwarding participants more information in the next couple of weeks. I will include your contact information so that you can receive the information as well.

In addition, I would like to update you regarding the property located at 422 Callan listed with Coldwell Banker. When the initial test was performed, Coldwell Banker maintained the stance that the property was under contract and no longer being shown. However, follow up testing is being initiated presently to determine if the property is in fact still for sale. When we receive the test results, I will update you.

In the meantime, should you find that you have any questions or concerns, please feel to contact me at 847.501.5768.

Best,

*Jasmine S. Brewer*

Jasmine S. Brewer
Fair Housing Coordinator



**Do you feel that you have been denied housing or repairs to your apartment because of your race, ethnicity, physical ability or family size?**

**If "Yes," YOU MAY HAVE BEEN ILLEGALLY DISCRIMINATED AGAINST**

**We can help you investigate your complaint of housing discrimination. CALL US.**



**Interfaith Housing Center of the Northern Suburbs**
**(847) 501-5760**
**www.interfaithhousingcenter.org**

**All services are free of charge.**

**Interfaith Center of the Northern Suburbs** is a community-based not-for-profit organization that has championed equal access to housing and a diverse North Shore since 1972. Interfaith's work is funded by the United States Department of Housing and Urban Development (HUD).

