UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Judy Malik aka Hajar L. Abdul Malik )
v. )
)
Defendant(s) Coldwell Banker Residential agent, Roger Holloway, Interrfaith Housing, Jasmine S. Brewer )
)

08CV318
JUDGE ANDERSEN
MAG. JUDGE VALDEZ

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, **Judy Malik**, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

FILED
JAN 14 2008
Jan 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [X] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [X] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Movant's Signature: Judy Malik aka Hajar Abdul Malik

621 Hull Terrace Apt 2E
Street Address

Evanston, IL 60202
City/State/Zip

Date: January 10, 2008

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| | |
|---|---|
| Assigned Judge | Ronald A. Guzman |
| Case Number | 04 C 5965 |
| Case Title | Hajar L. Malik v Avon Products, Inc. |
| Appointed Attorney's Name | Filed, no Attorney appointed; due to Bennett Johnson failing to get an NAACP Attorney for me. Sharon Burton and Emma Sosa |
| If case is still pending, please check box: | ☐ |

| | |
|---|---|
| Assigned Judge | Elaine Bucklo |
| Case Number | 04 C 2024 |
| Case Title | Abdul Malik v National Louis University |
| Appointed Attorney's Name | Papers Filed and had an Attorney |
| If case is still pending, please check box: | ☐ |

| | |
|---|---|
| Assigned Judge | Charles R. Norgle |
| Case Number | 02 C 4576 |
| Case Title | Malik v Alam |
| Appointed Attorney's Name | Filed papers correctly never, ever appointed an Attorney |
| If case is still pending, please check box: | ☐ |

| | |
|---|---|
| Assigned Judge | Charles R. Norgle |
| Case Number | 01 C 0569.4 |
| Case Title | Abdul Malik v. Oakton Community College et al. |
| Appointed Attorney's Name | Filed papers correctly |
| If case is still pending, please check box: | ☐ |