# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 318 | **DATE** | January 24, 2008 |
| **CASE TITLE** | Judy Malik a/k/a Hajar Abdul Malik v. Coldwell Banker Residential Agent, Roger Holloway, Interfaith Housing, Jasmine S. Brewer | | |

**DOCKET ENTRY TEXT**

For all of the foregoing reasons, plaintiff's motion for appointment of counsel [3] is denied.

■ [ For further details see text below.]   Docketing to mail notices.

## STATEMENT

This matter is before the court on the motion of plaintiff, Judy Malik, for appointment of counsel. For the following reasons, plaintiff's motion for appointment of counsel is denied.

In considering a motion to appoint counsel, we begin from the fundamental premise that there is no constitutional or statutory right to counsel in federal civil cases. *Jackson v. County of McLean*, 953 F.2d 1070, 1071 (7th Cir. 1992). The district court may, however, in its discretion request counsel to represent indigent litigants. 28 U.S.C. § 1915(e)(1). As a threshold matter, the court must determine whether the litigant is indigent and whether he has made reasonable efforts to retain counsel. *Jackson*, 953 F.2d at 1072-1073; *Boubonis v. Chater*, 957 F. Supp. 1071, 1073 (E.D. Wis. 1977).

In this case, we have no information as to plaintiff's financial status. Therefore, she has not satisfied her burden concerning the financial criteria necessary to qualify as an indigent litigant. Moreover, we find the factual and legal issues in this case are not unusually complex. Accordingly, we find that the interests of justice will not be served by appointment of counsel at this time. *Farmer v. Haas*, 990 F.2d 319, 322 (7th Cir. 1993), *cert. denied*, 510 U.S. 963 (1993). *See also Zarnes v. Rhodes*, 64 F.3d 285, 288 (7th Cir. 1995).

For all of the foregoing reasons, plaintiff's motion for appointment of counsel is denied.

It is so ordered.

Wayne R. Andersen
United States District Court